No. 9400.

RIGGIO v. THE PEOPLE.

*Error to Las Animas District Court, Hon. A. Watson McHendrie, Judge.*

Mr. O. H. DASHER and Mr. DAVID M. RALSTON, for plaintiff in error.

Mr. LESLIE E. HUBBARD, Attorney General.

Mr. CHARLES ROACH and Mr. BERTRAM B. BESHOAR, assistants for the people.

*Per curiam.*

This case comes before us upon an application for supersedeas, pending consideration of the writ of error. We have carefully considered the record and briefs and finding no probable error in the record, the application for a supersedeas is denied and the judgment of the district court is affirmed.

*Judgment affirmed.*

*Per curiam.*

HILL, C. J. and GARRIGUES, J. concur.

No. 8462.

WEIGELE v. THE UNITED STATES OF AMERICA.

*Error to Montrose District Court, Hon. Thomas J. Black, Judge.*

Messrs. ROGERS, ELLIS & JOHNSON and Mr. PERCY ROBINSON for plaintiff in error.

Mr. HARRY B. TEDROW, Mr. FRANK HALL, Mr. JAMES B. ALEXANDER, Messrs MORRIS & GRANT, Messrs. SMITH, BROCK & FERGUSON, Mr. R. F. ARMSTRONG, Messrs. DINES, DINES & HOLME, Mr. K. B. TOWNSEND, Messrs. SHERMAN & SHERMAN, for defendants in error.

Mr. Justice White delivered the opinion of the court.

Each party to this case is a party, either as plaintiff in error or defendant in error, to case No. 8434, which has just been determined. The controlling facts of the cases are identical and constituted but one case in the trial court. After judgment in this Court the cases were consolidated. The opinion in No. 8434 determines the question in this case and the same orders there entered will be entered here.

*Judgment affirmed in part and reversed in part.*

Chief Justice Hill and Mr. Justice Bailey concurring.